1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          ) 5:24 MJ 00157
                                   )
          Plaintiff,               ) ORDER OF DETENTION AFTER
                                   ) HEARING ( Fed.R.Crim.P. 32.1(a)(6)
     v.                            ) Allegations of Violations of Probation
                                   ) Supervised Release)
CESAR RICARDO                      ) Conditions of Release)
        GONSALEZ                   )
                                   )
          Defendant.               )
_____   )

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will

reasonably assure:

(A)   ( ✓   the appearance of defendant as required; and/or

(B)   ( ✓   the safety of any person or the community.

//

//

1    The court concludes:

2  A.    (✓)   Defendant poses a risk to the safety of other persons or the community

3            because defendant has not demonstrated by clear and convincing

4            evidence that:

5            • Allegations in the petition

6            _____

7            _____

8            _____

9

10  (B)   (✓)   Defendant is a flight risk because defendant has not shown by clear

11           and convincing evidence that:

12           • Unstable Residential History

13           • Failure to comply with court

14            orders

15           _____

16

17    IT IS ORDERED that defendant be detained.

18

19  DATED: 4/5/24

20

21

22

23            _____
             DAVID T. BRISTOW
             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

2